U.S. DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
**FILED**
AUG 02 2011
JAMES W. McCORMACK, CLERK
4:11CR 00143 JLH
By: _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

v.

JOYCE JUDY

INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

COUNT ONE

On or about October 29, 2009, in the Eastern District of Arkansas and elsewhere,

JOYCE JUDY

knowingly executed and attempted to execute a scheme and artifice to obtain any of the moneys, funds, and credits under the custody and control of a financial institution by means of false and fraudulent pretenses, representations, and promises.

All in violation of Title 18, United States Code, Section 1344.

Respectfully submitted,

CHRISTOPHER R. THYER
United States Attorney

By KAREN WHATLEY
Assistant U.S. Attorney
Bar Number 94132
P. O. Box 1229
Little Rock, AR 72203
501-340-2607
karen.whatley@usdoj.gov