### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA                                                PLAINTIFF

v.                              No. 4:11CR00143 JLH

JOYCE JUDY                                                         DEFENDANT

### ORDER

      Joyce Judy has filed a motion for early termination of supervised release. The statute provides that the Court may, after considering the relevant factors in 18 U.S.C. § 3553(a), terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release, provided that the Court is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice. Here, the primary reason for continuing supervised release would be to ensure that Judy continues to make her restitution payments, but the victim of the offense has a judgment against her in a civil action and can use the ordinary processes of the rules of civil procedure to ensure that Judy pays the amount owed. It appears that Judy has made extraordinary efforts to make restitution payments, and there is every reason to believe that she will continue to do so. Furthermore, her circumstances have changed and, due to losses in her family, she is required to travel outside the judicial district frequently. Although the probation officer has always given permission for Judy to travel, in this instance there seems no good reason to require Judy to seek permission every time she leaves the judicial district. Accordingly, the motion is GRANTED. Document #23. Joyce Judy's term of supervised release is terminated, and she is discharged.

      IT IS SO ORDERED this 16th day of October, 2015.

                                                                  _____
                                                                  J. LEON HOLMES
                                                                  UNITED STATES DISTRICT JUDGE